■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. CARTER, Appellant.—Upon appeal by permission, order of the County Court, Orange County, dated September 22, 1981, affirmed for reasons stated by Justice Ingrassia at Criminal Term. Mangano, J. P., Brown, Weinstein and Spatt, JJ., concur.